AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

SHELDON MITCHELL
aka "Yak"

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

| | |
|---|---|
| Case No. | 1:14CR10005-01 |
| USM No. | 12509-010 |

Alex Wynn
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   One, two, three, four, and five   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of controlled substances (four instances) | December 6, 2021 |
| Two | Failure to report for drug testing | October 21, 2021 |
| Three | Failure to comply with substance abuse treatment | November 9, 2021 |
| Four | Failure to report law enforcement contact | |
| | Failure to submit a truthful monthly report | May 20, 2021 |
| Five | Failure to work at a lawful occupation | April 14, 2022 |
| Eight | Failure to report for drug testing | March 31, 2022 |

The defendant is sentenced as provided on pages 2      of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   Six and Seven      and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   9434

Defendant's Year of Birth:   1980

City and State of Defendant's Residence:
Camden, Arkansas

September 19, 2022
Date of Imposition of Judgment

*Susan O. Hickey*
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

September 20, 2022
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page    2    of    2

DEFENDANT:          SHELDON MITCHELL
CASE NUMBER:       1:14CR10005-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Two (2) months imprisonment with credit for time served in federal custody.  No supervised release to follow.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.    on  _____ .

    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒  before 2 p.m. on    October 11, 2022 at the Union County, Arkansas Detention

    ☐  Center as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____